MICHAEL J. GARCIA, CITY ATTORNEY
ANN M. MAURER, CHIEF ASSISTANT CITY ATTORNEY, SBN: 179649
613 E. Broadway, Suite 220
Glendale, CA 91206
Telephone: (818) 548-2080
Facsimile: (818) 547-3402
Email: amaurer@glendaleca.gov

Attorneys for Defendants,
CITY OF GLENDAL, OFFICER ALEXANDER SZE

JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN CESAR ZAMORA,<br><br>Plaintiff,<br><br>vs.<br><br>COUNTY OF LOS ANGELES, a public entity; CITY OF GLENDALE, a public entity; DEPUTY SHERIFF BENNALOUS, a public employee; DEPUTY SHERIFF MELANSEN, a public employee; DEPUTY SHERIFF ESQUEDA, a public employee; DOES 1-10, Inclusive,<br><br>Defendants. | Case No.: CV 15-05405 PJW<br><br>**ORDER OF DISMISSAL** |

Based on the Stipulation of plaintiff and defendants, City of Glendale and Officer Alexander Sze, the above-matter is hereby dismissed with prejudice pursuant to FRCP Rule 41(a).

IT IS SO ORDERED.

DATED: December 1, 2017

_____
The Honorable Patrick J. Walsh

- 1 -